

| | | | | |
|---|---|---|---|---|
| Ce.S., In re . . . . . . . . . . . . . . . . . . . . . | 49A02–1610–JT–2365 | 03/21/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| King v. State . . . . . . . . . . . . . . . . . | 18A02–1610–CR–2477 | 03/21/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Rader v. State . . . . . . . . . . . . . . . . . | 79A05–1608–CR–1877 | 03/21/2017 | ALTICE, J.<br><br><br><br><br>RILEY, J.<br>CRONE, J. | Affirmed in part, Reversed in part, and Remanded with instructions<br>Concurs<br>Concurs |
| Hoffman v. State . . . . . . . . . . . . . . . | 46A03–1606–CR–1497 | 03/21/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| A.S.C., In re . . . . . . . . . . . . . . . . . . . | 37A03–1607–JT–1715 | 03/21/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Jones v. State . . . . . . . . . . . . . . . . . . | 71A03–1604–CR–713 | 03/22/2017 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Price v. State . . . . . . . . . . . . . . . . . . | 49A02–1609–CR–2010 | 03/22/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Williams v. State . . . . . . . . . . . . . . . | 49A05–1608–CR–1919 | 03/22/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Shaw v. State . . . . . . . . . . . . . . . . . . | 73A01–1609–CR–2204 | 03/22/2017 | FRIEDLANDER, Sr.J.<br>MAY, J.<br>BRADFORD, J. | Affirmed<br><br>Concurs<br>Concurs |
| Ellington v. State . . . . . . . . . . . . . . | 84A01–1608–CR–1755 | 03/22/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Ellis v. State . . . . . . . . . . . . . . . . . . . | 02A05–1611–CR–2609 | 03/22/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |